### 35543. WILLINGHAM COTTON MILLS v. CITIZENS & SOUTHERN NATIONAL BANK.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

Submitted October 26, 1979 — Decided November 26, 1979.

*Anderson, Walker & Reichert, Morris W. Macey, Thomas F. Todd, Albert P. Reichert, William G. Boyd,* for appellant.

*Harris, Watkins, Taylor & Davis, John B. Harris, Jr.,*

*Thomas Richardson,* for appellee.

## 35565. DE ARMAS v. DE ARMAS.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*